No. 1032. NONY, PLAINTIFF AND RESPONDENT, *v.* NONY, DE-FENDANT AND APPELLANT.—Appeal from the District Court of San Juan, Section 1. Motion of respondent to dismiss the appeal. Decided October 6, 1913. Appeal dismissed for non-compliance with section 299 of the Code of Civil Procedure as amended by Act No. 70 of March 9, 1911. *Mr. Joseph Anderson, Jr.,* for respondent. *Mr. J. de Jesús Tizol* for appellant.

No. 1033. PIZÁ, PLAINTIFF AND APPELLANT, *v.* THE TREAS-URER OF PORTO RICO, DEFENDANT AND RESPONDENT.—Appeal from the District Court of San Juan, Section 1. Motion of respondent to dismiss the appeal and motion of appellant for leave to withdraw the appeal. Decided October 6, 1913. Appellant is considered to have withdrawn his appeal in this case, it being therefore unnecessary to rule upon the motion of the respondent. *Messrs. Alvarez Nava* and *Domínguez* for appellant. *Mr. Charles E. Foote, fiscal,* for respondent.

No. 1034. FERNÁNDEZ ET AL., PLAINTIFFS AND RESPONDENTS, *v.* OLIVENCIA ET AL., DEFENDANTS; OLIVENCIA, APPELLANT.—Appeal from the District Court of Mayagüez. Motion of respondents to dismiss the appeal. Decided October 6, 1913. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure as amended by Act No. 70 of March 9, 1911. *Mr. José Sabater* for respondents. *Mr. Angel A. Vázquez* for appellant.